No. 938. LEWIS, CIRCUIT CLERK AND REGISTRAR OF ELECTIONS, *v.* KENNEDY, ATTORNEY GENERAL, *ante,* p. 932. Motion to dispense with printing the petition granted. Petition for rehearing denied.

JUNE 17, 1964.

No. 1184. AUSTIN MAILERS UNION NO. 136 *v.* NEWS-PAPERS, INC. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Harold G. Kennedy* for petitioner. ■

JUNE 19, 1964.

No. 1532, Misc. ANDERSON ET VIR *v.* RALEIGH FIT-KIN-PAUL MORGAN MEMORIAL HOSPITAL ET AL. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Bernard Margolius* and *Ralph H. Deckelbaum* for petitioners.

JUNE 22, 1964.

No. 556. UNITED MINE WORKERS OF AMERICA *v.* WHITE OAK COAL CO., INC. (Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied, 375 U. S. 966.) The respondent is requested to file a response to the petition for rehearing.

No. 1125, Misc. IN RE STOUT. Motion for leave to file petition for writ of mandamus denied and petitioner granted 60 days from the expiration of the statutory time within which to file a petition for writ of certiorari.